IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ANDREW CHANG, Revenue Agent,<br><br>Petitioners,<br><br>v.<br><br>FRANCISCO GARCIA BARRAGAN,<br><br>Respondent. | NO. C-06-7226-MEJ<br><br>**ORDER ENFORCING SUMMONS**<br><br>SUBMITTING COUNSEL SHALL SERVE THIS ORDER ON RESPONDENT |

This case having come on for hearing on January 18, 2007, at 10:00 a.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that respondent, Francisco Garcia Barragan, shall appear before Revenue Agent Andrew Chang, or any other designated agent, on February 8, 2007, at the Offices of the Internal Revenue Service located at 55 South Market Street, Suite 600, San Jose, CA 95113, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, copies of which are attached hereto as **Exhibits A** and produce for the Revenue Agent's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

**ORDERED** this 19th day of January, at San Francisco, California.

_____
UNITED STATES MAGISTRATE

*IT IS SO ORDERED*
Judge Maria-Elena James



# Summons

In the matter of Francisco Garcia Barragan at 3522 El Grande Drive, San Jose, CA 95132
Internal Revenue Service (Division): Small Business/Self Employed
Industry/Area (name or number): Area 7
Periods: December 31, 2002

## The Commissioner of Internal Revenue

To: Francisco Garcia Barragan

At: 3522 El Grande Drive, San Jose, CA 95132

You are hereby summoned and required to appear before Andrew Chang an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attachments

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
55 South Market Street, Mail Stop 4114AC, San Jose, California 95113

Place and time for appearance at 55 South Market Street, Suite 600, San Jose, California 95113

**IRS** on the 1st day of December, 2005 at 10:00 o'clock a.m.
Issued under authority of the Internal Revenue Code this 14th day of November, 2005

Department of the Treasury
Internal Revenue Service
www.irs.gov

Signature of issuing officer — Internal Revenue Agent — Title

Signature of approving officer (if applicable) — Group Manager — Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

Original — to be kept by IRS

Exhibit A



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 11/14/2005 | 2:35 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _Alma Sandoval (Cousin)_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|---|---|
| [signed] | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____   Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
|  |  |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form **2039** (Rev. 12-2001)

# Attachments to Summons

Francisco Garcia Barragan; SS# 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
3522 El Grande Drive
San Jose, CA 95132

Provide a summary listing all your incomes and expenses, and all related documentations to support them. The following is a checklist for items of income and deductions. Use it as a guide to do the summary. These items are generally including in the income and deduction but are not limited to.

### 2002 1040 Federal income tax return.

### Income Items:

| | |
|---|---|
| Wages | Interest |
| Ordinary Dividends | Taxable Refunds |
| Alimony Received | Business Income or Loss |
| Capital Gain or (Loss) | Other Gain or Loss |
| IRA Distributions | Pensions and Annuities |
| Income from Rental Real Estate | Royalties |
| Income or Loss from Partnerships | Income or Loss from S-Corporation |
| Income or Loss from Trust | Farm Income |
| Unemployment Compensation | Social Security Benefits |
| Other Income | |

### Deduction Items:

| | |
|---|---|
| Education Expenses | IRA Deduction |
| Student Loan Interest Deduction | Tuition and Fees Deduction |
| Moving Expenses | Self-employed Health Insurance Deduction |
| Self-employed SEP | Penalty On Early Withdrawal |
| Alimony Paid | Rental Expenses |

#### Business Expenses

| | | |
|---|---|---|
| Cost of Goods Sold | Advertising | Salaries and Wages |
| Car and Truck Expense | Commission | Insurance |
| Interest | Supplies | Rent |
| Depreciation | Repairs | Legal & Professional Fees |
| Taxes | Utilities | Travel, Meals, & Entertainment |
| Other Business Expenses | | |

### INCOME
1. Stock Sales
    Brokerage vouchers, monthly statements and Forms 1099-B, establishing the purchases price, sales price, and dates of transactions (e.g. receipts, credit card statement, canceled checks, etc.)

### ALL DEDUCTIONS CLAIMED

1. Cancelled checks, receipt, and invoices to verify the deductions claimed.

1

2. Purchase invoices or closing statements and cancelled checks for acquisitions or disposition of capital items, business and personal. This includes real estate, automobiles, machinery and equipment, stocks, intangible capital items, etc.

## GROSS RECEIPTS FROM A BUSINESS-- SCHEDULE C, IF APPLICABLE

1. All books, journals, ledgers and workpapers used to determine gross receipts.

2. All bank statements, cancelled checks, and deposit slips, business and personal, savings and checking, for the 14 month period from December 2001 through January 2003 (covering the year in question).

3. Records of all savings and invested funds for the years under audit ( i.e. money market accounts, certificates of deposit, etc.).

4. Records of All other business and personal receipts such as loans, insurance proceeds, inheritances, salaries, gifts, Social Security benefits, transfers between bank accounts, etc.

5. Purchase invoices or closing statements for acquisitions and disposition of capital items, business and personal. This includes real estate, automobiles, machinery and equipment, etc.

6. Do a bank analysis for each year showing all deposit and transfer. Please identify the sources of the each deposit.

7. A brief history of business operations.

## COST OF GOODS SOLD FROM A BUSINESS- CHEDULE C, IF APPLICABLE

1. Physical inventory sheets for both beginning and ending inventory for the year and copies of Federal Income tax returns for the year before and the year after the return being examined.

2. Cancelled checks, receipts, and purchase journal or summaries of goods purchased for resale.

3. Cancelled checks, receipts, journals, summaries, and all other records for labor, materials and supplies, and any other costs incurred to rise to produce goods for sale. Include all employment tax returns and records (w-2, w-4, etc), if applicable.

**Information Due At Initial Appointment on December 1, 2005.**

2